IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-22-62-GF-BMM |
| vs. | ORDER |
| GARRICK ALLEN ROBINSON, JR., | |
| Defendant. | |

The Court ordered Defendant Garrick Allen Robinson, Jr. ("Robinson") to undergo a psychiatric or psychological examination and an insanity defense evaluation on October 18, 2022. (Doc. 31.) The Court received a forensic evaluation report from Dr. Jeremiah Dwyer, Ph.D., on January 25, 2023, informing the Court that Robinson's current intellectual functioning impairs his present ability to understand the nature and consequences of the court proceedings brought against him and impair his ability to assist counsel in his defense. (Doc 33 at 12.) The Court conducted a status call with AUSA Wendy Ann Johnson and defense counsel David Ness. (Doc. 35.) The Court agreed with Dr. Dwyer that Robinson should be undergo competency restoration procedures.

1

IT IS HEREBY ORDERED that Defendant, Garrick Allen Robinson, be subjected to competency restoration procedures, to be conducted by a licensed or certified psychiatrist or psychologist;

IT IS FURTHER ORDERED that Defendant, Garrick Allen Robinson, be committed to a Federal Medical Center designated by the Attorney General to be examined for a reasonable period, but not to exceed one-hundred and twenty (120) days;

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared and that said report shall include:

(1)   Defendant's history and present symptoms;

(2)   a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3)   the examiner's findings; and

(4)   the examiner's opinions as to diagnosis and prognosis and an insanity defense;

IT IS FURTHER ORDERED that the report shall be filed with the Court, with copies to Counsel for Robinson, and the attorney for the Government. Reports shall also be emailed to Sara Luoma, Judicial Assistant to Chief Judge Brian M. Morris at sara_luoma@mtd.uscourts.gov. If no report is filed within 120 days of this order, the Court will conduct a second status call with counsel to determine the

best course of action moving forward.

IT IS FURTHER HEREBY ORDERED that all currently scheduled proceedings are VACATED.

The Court finds that all time between the date of this order and the post-examination hearing to be excludable time under the Speedy Trial Act. Title 18 U.S.C. §3161(h)(1)(A).

DATED this 25th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court