# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARRICK ALLEN ROBINSON, JR.,<br><br>Defendant. | CR 22-62-GF-BMM<br><br>ORDER |

    The United States has filed an unopposed motion to dismiss the indictment without prejudice due to Robinson's lack of competency to proceed. The Court, having reviewed the motion and Robinson's mental health history agrees there is good cause for the motion.

    THEREFORE, the Court finds that the defendant presently suffers from a mental disease or defect that renders him incompetent to participate in further proceedings.

1

IT HIS HEREBY ORDERED that the United States' motion to dismiss the indictment without prejudice is GRANTED and the indictment is DISMISSED WITHOUT PREJUDICE.

DATED this 11th day of December 2024.

Brian Morris, Chief District Judge
United State District Court